USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
LA SALLE BANK NATIONAL ASS'N, :

                  Plaintiff, :

   -against- :

CIBC INC., :

                :

                  Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

08 Civ. 8426 (WHP)

<u>SCHEDULING ORDER</u>

WILLIAM H. PAULEY III, District Judge:

       Counsel having appeared for an initial pre-trial conference on February 6, 2009, the following schedule is established on consent of the parties:

    1.    The parties shall identify any experts by June 30, 2009;

    2.    The parties shall complete all fact discovery by July 31, 2009;

    3.    The parties shall exchange any expert reports by September 18, 2009;

    4.    The parties shall complete all expert discovery by October 30, 2009;

    5.    The parties shall submit a joint pre-trial order in accord with this Court's Individual Practices by November 20, 2009; and

6. A final pre-trial conference shall take place on December 4, 2009, at 10:30 a.m.

Dated: February 13, 2009
New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of record:*

Talcott J. Franklin
Patton Boggs LLP
2001 Ross Avenue
Suite 3000
Dallas, TX 75201
*Counsel for Plaintiff*

David Emilio Mollon, Esq.
Winston & Strawn LLP (NY)
200 Park Avenue
New York, NY 10166
*Counsel for Defendant*