UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- x
:
LASALLE BANK NATIONAL ASSOCIATION,
as Trustee for the benefit of the Certificateholders   :   08-CIV-8426 (WHP)
of J.P. Morgan Securities Trust 2007-CIBC19
Commercial Mortgage Pass-Through Certificates,   :   ECF CASE
by and through LNR Partners, Inc. as Special
Servicer   :   **AMENDED SCHEDULING ORDER**

                Plaintiff,   :

           - against -   :

CIBC Inc.   :

                Defendant.   :

---------------------------------- x

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 4/5/10

      Counsel for the Parties having requested that discovery in the current action be extended, the following schedule is established on consent of the Parties:

1. The parties shall exchange expert reports by April 21, 2010;

2. The parties shall exchange rebuttal expert reports by May 7, 2010;

3. The parties shall complete all expert discovery by May 28, 2010

4. The parties shall submit a joint pre-trial order in accord with this Court's Individual Practices by June 30, 2010; and

5. A final pretrial conference shall take place on July 9, 2010 at 10:30 a.m.

                      SO ORDERED:

                      _____
                      Honorable William H. Pauley III
                      U.S.D.J.

                              March 5, 2010

Counsel of Record:

Talcott J. Franklin, Esq.
Talcott Franklin P.C.
208 N. Market Street
Dallas, TX 75202
*Counsel for Plaintiff*

Joseph DiBenedetto, Esq.
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
*Counsel for Defendant*