IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/2010

| | |
|---|---|
| LaSalle Bank National Association, as Trustee for the benefit of the Certificateholders of J.P. Morgan Chase Commercial Mortgage Securities Trust 2007-CIBC19 Commercial Mortgage Pass-Through Certificates, *by and Through* LNR Partners, Inc. as Special Servicer,<br><br>Plaintiff,<br><br>v.<br><br>CIBC Inc.,<br><br>Defendant. | No. 08-CIV-8426 (WHP)<br>ECF<br><br>**AMENDED SCHEDULING ORDER** |

Counsel for the Parties having requested that discovery in the current action be extended, the following schedule is established on consent of the Parties:

1. The parties shall exchange of expert reports by May 12, 2010;

2. The parties shall exchange of rebuttal expert reports by May 28, 2010;

3. The parties shall complete all expert discovery by June 18, 2010;

4. The parties shall submit a joint pre-trial order in accordance with this Court's Individual Practices by July 16, 2010; and

5. A final pre-trial conference shall take place on July 16, 2010 at 10:30 a.m.

SO ORDERED:

_____
Honorable William H. Pauley III
U.S.D.J.

april 27, 2010

024821.0104\561276.01